Argued July 26, affirmed July 26, petition for rehearing
denied September 6, petition for review
denied October 25, 1972

STATE OF OREGON, *Respondent, v.* DOUGLAS
SCOTT McMURDO (No. C-71-01-0193 Cr),
*Appellant.*

498 P2d 836

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.